In the Matter of the Application of FRANK N. McCoy, JR., for a Mandamus Order against EDMUND JORDAN and Others, etc. (Appeal No. 1.) — Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Petition of RACHEL MEYER, as Administratrix, etc., of HARRY MEYER, Deceased, to Approve the. Compromise between the Petitioner and LOUIS MEYER and ISAAC MEYER, etc.— Motion to dismiss appeal denied on condition that the appellant perfect the appeal for Monday, May 4, 1925 (for which date the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JOSHUA J. McCORMICK, Appellant, v. JENNIE B. MASON and Another, Respondents.— Motion for leave to appeal to the Court of Appeals, and for a stay, denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

PEPPARD REALTY COMPANY, INC., Respondent, v. EMILY F. EMDQN, Appellant.— Motion for leave to appeal to the Court of Appeals granted, upon condition that appellant file an additional undertaking in the sum of $1,000. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ. Settle order on notice.

VINCENZO PISCOPO, Respondent, v. NATIONAL DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JOHN P. SCHLUSSER, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JOHN J. SHANNON, Respondent, v. KALMIA CORPORATION and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the May term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

CLARENCE D. SIRE, Appellant, v. WILLIAM L. STONE and Others, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

LILLIAN M. SMITH and Another, Appellants, v. THE PHŒNIX INSURANCE COMPANY, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

ELLEN J. SODEN, Respondent, v. FRANK McELROY, Appellant.— Motion for reargument granted, and case set down for Monday, May 4, 1925. Present —. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

T. BENTON ACKERSON and Another, Copartners, etc., Respondents, v. LILLIAN T. SELF, Appellant.— Judgment and order reversed upon the law and the facts, and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the evidence. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.